

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 1, 2021

**BY EMAIL**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
SteinNYSDChambers@nysd.uscourts.gov

Re:   *United States v. Joseph Chirico*, S1 19 Cr. 833 (SHS)

Dear Judge Stein:

The Government writes to respectfully request, with the consent of the defendant, that the above-referenced Superseding Information, which was previously filed under seal, be unsealed. A proposed order is attached for the Court's consideration.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By  *Robert B. Sobelman*
 _____
Kiersten A. Fletcher
Robert B. Sobelman
Sheb Swett
Assistant United States Attorneys
(212) 637-2238 / 2616 / 6522

Cc: John D. Lynch, Esq. (by email)

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :
         - v. -                  :     UNSEALING ORDER
                                 :
JOSEPH CHIRICO,                  :     S1 19 Cr. 833 (SHS)
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - X
```

Upon the application of the United States of America, by and through Assistant United States Attorneys Kiersten A. Fletcher, Robert B. Sobelman, and Sheb Swett, it is hereby ORDERED that Superseding Information S1 19 Cr. 833 (SHS), which was previously filed under seal, be and hereby is unsealed.

SO ORDERED.

Dated: New York, New York

September 1, 2021

_____
HON. SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE