UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                :

        v.                              :

JOSEPH CHIRICO,                         :        S1 19 Cr. 833 (SHS)

        Defendant.                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

        The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1349 and 2326 and Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(C), 841(b)(1)(D), 841(b)(1)(E), 841(b)(2), and 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Joseph Chirico
Defendant

_____
Witness

_____
John Lynch, Esq.
Counsel for Defendant

Date:  New York, New York
       January___, 2021