

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 22, 2021

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. Joseph Chirico*, S1 19 Cr. 833 (SHS)

Dear Judge Stein:

  The Government respectfully submits this letter to request, with the consent of the defendant, that the sentencing hearing presently scheduled for November 30, 2021, at 11:00 a.m., be adjourned to a date and time convenient to the Court approximately six months thereafter.

         Respectfully submitted,

         DAMIAN WILLIAMS
         United States Attorney for the
         Southern District of New York

       By: *Robert B. Sobelman*
         Kiersten A. Fletcher
         Robert B. Sobelman
         Sheb Swett
         Assistant United States Attorneys
         (212) 637-2238 / 2616 / 6522

Cc: John D. Lynch, Esq. (by ECF)