

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 22, 2021

**BY ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Joseph Chirico*, S1 19 Cr. 833 (SHS)

Dear Judge Stein:

The Government respectfully submits this letter to request, with the consent of the defendant, that the sentencing hearing presently scheduled for November 30, 2021, at 11:00 a.m., be adjourned to a date and time convenient to the Court approximately six months thereafter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By *Robert B. Sobelman*
Kiersten A. Fletcher
Robert B. Sobelman
Sheb Swett
Assistant United States Attorneys
(212) 637-2238 / 2616 / 6522

Cc: John D. Lynch, Esq. (by ECF)

**The sentencing is adjourned to May 26, 2022, at 3:00 p.m.**

Dated:   New York, New York
              November 22, 2021

SO ORDERED:

*Sidney H. Stein*
Sidney H. Stein, U.S.D.J.