

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 21, 2022

**BY ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Joseph Chirico*, S1 19 Cr. 833 (SHS)

Dear Judge Stein:

The Government respectfully submits this letter to request, with the consent of the defendant, that the sentencing hearing presently scheduled for May 26, 2022, at 3:00 p.m., be adjourned to a firm date in August 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Kiersten A. Fletcher
Robert B. Sobelman
Sheb Swett
Assistant United States Attorneys
(212) 637-2238 / 2616 / 6522

Cc: John D. Lynch, Esq. (by ECF)

**The sentencing is adjourned August 25, 2022, at 2:30 p.m. The defense submissions are due by August 4, 2022, and the government's submissions are due by August 11, 2022. A request for a presentence investigation will be submitted to the probation office.**

**Dated: New York, New York**
**April 21, 2022**

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.