UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | :: | |
| UNITED STATES OF AMERICA | :: | |
| | :: | |
| | :: | Criminal No. 19-cr-833 |
| | :: | |
| vs. | :: | CRIMINAL ACTION |
| | :: | |
| JOSEPH CHIRICO | :: | |
| | :: | |
| *Defendant.* | :: | ORDER |
| | :: | |

This matter being opened to the Court by John D. Lynch, Esq., attorney for the defendant Joseph Chirico, on a Notice of Motion to Modify Conditions of Pretrial Release and for good cause shown,

**IT IS** on this 11th day of May, 2022;

**ORDERED** that the defendant Joseph Chirico is hereby permitted to attend the wake of his grandfather on Thursday, May 12, 2022 from 3:00 p.m. to 7:00 p.m. at the Becker Funeral Home, 219 Kinderkamack Road, Westwood, N.J. and the funeral and burial service on Friday, at Veterans Memorial Cemetery, 111 Craigville Road, Goshen, New York.

HON. SIDNEY H. STEIN, U.S.D.C.J.