UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-833 (SHS) |
| -v- | : | <u>ORDER</u> |
| JOSEPH CHIRICO, | : | |
| Defendant. | : | |

---------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that Mr. Chirico's sentencing date is adjourned to November 16, 2022, at 2:30 p.m.

Dated: New York, New York
       October 13, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.