UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | :: | |
| | :: | Criminal No. 19-cr-833 |
| vs. | :: | CRIMINAL ACTION |
| JOSEPH CHIRICO | :: | |
| *Defendant.* | :: | ORDER |

This matter being opened to the Court by John D. Lynch, Esq., attorney for the defendant Joseph Chirico, on a Notice of Motion to Modify Conditions of Pretrial Release and for good cause shown,

**IT IS** on this 21st day of November, 2022;

**ORDERED** that the defendant Joseph Chirico is hereby permitted to attend Thanksgiving dinner at the home of his mother, Carolee Chirico located at 20 South 5th Street, Park Ridge, New Jersey on November 24, 2022 from 11:00 a.m. until 7:00 p.m.

Dated:  New York, New York
        November 21, 2022

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.