UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | :: | |
| | :: | Criminal No. 19-cr-833 |
| vs. | :: | CRIMINAL ACTION |
| JOSEPH CHIRICO | :: | |
| *Defendant.* | :: | ORDER |

This matter being opened to the Court by John D. Lynch, Esq., attorney for the defendant Joseph Chirico, on a Notice of Motion to Modify Conditions of Pretrial Release and for good cause shown,

**IT IS** on this 20 day of December, 2022;

**ORDERED** that the defendant Joseph Chirico is hereby permitted family visits at the home of his mother, Carolee Chirico located at 20 South 5th Street, Park Ridge, New Jersey on December 25, 2022 between the hours of 10:00 a.m. and 8:00 p.m. and December 31, 2022 from 1:00 p.m. until 6:00 p.m.

**ORDERED** that the defendant Joseph Chirico is hereby permitted family visits at the home of his sister, Amy Chirico located at 97 Turret Street, Park Ridge, New Jersey on December 24, 2022 between the hours of 10:00 a.m. and 8:00 p.m. and January 1, 2023 from 11:00 a.m. until 7:00 p.m.

_____
HON. SIDNEY H. STEIN, U.S.D.J.